IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

DEXTER HOLDER                                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 5:05-cv-57-JCS

CHRISTOPHER EPPS, ET AL.                                                                 DEFENDANTS

JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order entered this date, the Court hereby dismisses this case with prejudice as to all Defendants. Accordingly, it is hereby

ORDERED AND ADJUDGED that judgment be and is entered in favor of the Defendants, and this entire action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 5th day of June, 2006.

                                                    s/ James C. Sumner
                                        UNITED STATES MAGISTRATE JUDGE